UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

FELIPE ACEVEDO,

                Plaintiff,

v.

CLINTON COUNTY JAIL IN PLATTSBURGH N.Y., MAJOR MICHAEL SMITH - ADMINISTRATOR OF CLINTON COUNTY JAIL IN PLATTSBURGH, N.Y., UNKNOWN LIEUTENANTS, WATCH COMMANDER/ OIC SERGEANT SMITH, AREA SUPERVISOR SERGEANT LEDUC OF CLINTON COUNTY JAIL IN PLATTSBURGH N.Y., CORRECTIONAL OFFICERS - C.O. DUNHAM - C.O. BECHORE, C.O. T. HOWERTON - C.O. CHAPPLE - C.O. DEYO - C.O. BREHM - C.O. GUTZMAN AND ANY UNKNOWN OFFICERS THAT WAS INVOLVED AT THE TIME OF THE ASSULT OF CLINTON COUNTY JAIL IN PLATTSBURGH N.Y., UNKNOWN MEDICAL STAFF OF CLINTON COUNTY JAIL IN PLATTSBURGH N.Y.,

                Defendants.

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP41(a)(1)(A)(ii)**

Case No.: 9:18-cv-00576 (GLS/CFH)

---

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, pro se plaintiff and the attorneys of record for all the defendants that have appeared in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, dismissed with prejudice and without costs to either party as against the other.  This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: October 27, 2021

PRO SE PLAINTIFF

By: /s/ Felipe Acevedo
Felipe Acevedo
67247-054
MDC Brooklyn
Metropolitan Detention Center
Inmate Mail/Parcels
P.O. Box 329002
Brooklyn, NY 11232

Dated: October 30, 2021

MURPHY BURNS LLP

By: /s/ Thomas K. Murphy
Thomas K. Murphy, Esq.
Bar Roll No. 505396
Attorney for Defendants
407 Albany Shaker Road
Loudonville, New York 12211
Tel: (518) 690-0096
E-mail: tmurphy@murphyburnslaw.com

December 3, 2021
Albany, New York

SO ORDERED:

/s/ Gary L. Sharpe
Hon. Gary L. Sharpe
Senior U.S. District Court Judge
Northern District of New York